**Jeffrey S. ADKINS, Petitioner–Appellant,**

v.

**ATTORNEY GENERAL OF THE COMMONWEALTH OF VIRGINIA; Edward W. Murray, Respondents–Appellees.**

**No. 01–6664.**

United States Court of Appeals, Fourth Circuit.

Submitted Aug. 10, 2001.

Decided Sept. 5, 2001.

Jeffrey S. Adkins, pro se.

Robert Quentin Harris, Assistant Attorney General, Richmond, VA, for appellees.

Before WIDENER, WILKINS, and MICHAEL, Circuit Judges.

PER CURIAM.

Jeffrey S. Adkins seeks to appeal the district court's order denying relief on his motion for reconsideration of the dismissal of his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we grant permission to proceed in forma pauperis, deny a certificate of appealability, and dismiss the appeal on the reasoning of the district court. *Adkins v. Attorney Gen.,* No. CA–93–215–R (W.D.Va. Apr.5, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*